IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-K-1989**

**JOHN DEJONG**, **d/b/a "NEXWAVE,"** a resident of the State of Florida, and **JOE KELLEY, d/b/a "KEL-TRONICS,"** a resident of the State of Texas, and **JAGUAR TECHNOLOGIES, INC.,** a Florida corporation individually and on behalf of all other similarly situated,

    Plaintiffs,

v.

**ECHOSTAR SATELLITE CORPORATION,** a Colorado corporation,

    Defendant.

## ORDER RE: JOINT MOTION TO DISMISS WITH PREJUDICE

Having reviewed the parties' Joint Motion to Dismiss with Prejudice (doc. 170) and the Exhibits attached thereto, I find that:

1. Prior to any rulings with respect to certification of a class pursuant to Fed.R.Civ.P. 23 in this action, it was stayed pending resolution of a parallel action brought by the Plaintiffs on behalf of the class, which has been proceeding in the District Court, Arapahoe County, State of Colorado.

2. A settlement has been reached in the state court action on behalf of the class certified there.

3. After notice of the proposed settlement to the class and a hearing, the state district court has entered a final judgment pursuant to C.R.C.P. 23(e) approving the settlement as fair, reasonable, and in the best interests of the class.

4. A condition of the state court settlement is that this action be dismissed with

prejudice.

     5. Dismissal of this action is, therefore, appropriate under the circumstances.

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss be GRANTED and this action be, and hereby is, dismissed, with prejudice, and it is further ordered that each side shall bear his or its own attorney fees and costs.

Dated:  February 16, 2011          BY THE COURT:

                                    **/s/John L. Kane**
                                    SENIOR U.S. DISTRICT JUDGE